689 A.2d 223

**Charles A. SCHMIDT, Appellant,**

v.

**BOROUGH OF STROUDSBURG.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1997.

Decided Feb. 19, 1997.

## ORDER

PER CURIAM.

Order affirmed.

NEWMAN, J., did not participate in the consideration or decision of this case.